# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FRANK E. POLO, SR.,

Appellant,

v.                                              CASE NO: **18-cv-662-J-39**

LILLY J. REAL,

Appellee,

_____/

## NOTICE OF APPEAL

1. Now comes the Appellant, Frank E. Polo, and hereby gives notice that he is appealing the Order on the appeal of the bankruptcy court's *Order Denying Motion to Dismiss, Granting Motion for Sanctions, Awarding Attorney's Fees, and Enjoining Appellant from any Further Attempt to Collect Alleged Pre-Petition Debt from Appellee (Doc. 1.2)*, decision entered by this court on the 9 of September, 2019 to the Eleventh District Court of Appeals.

Respectfully Submitted,

_____
Frank Polo Sr.
9619 Fontainebleau Blvd. Apt. 317
Miami, FL. 33135
Telephone: 305-901-3360

**FRANK E. POLO SR.**
_____
9619 Fontainebleau Blvd. Apt 317
Miami, FL. 33172
Phone: 305-901-3360

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the following attorney at the following address, Edward P. Jackson P.A, 255 North Liberty Street,

Jacksonville, FL 32202 this 24th day of September 2018, and subsequent hard copy was mailed to the clerk of courts at: 300 N Hogan St #3-350, Jacksonville, FL 32202.

*[signature]*

9619 Fontainebleau Blvd. Apt 317
Miami, FL. 33172
Phone: 305-901-3360